UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED SEP 25 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_\_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO ROMERO-RAMIREZ (1),<br><br>　　　　　　　　Defendant. | CASE NO. 17CR2068-WQH<br><br>**JUDGMENT OF DISMISSAL** |

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:
8 USC 1325 IMPROPER ENTRY BY AN ALIEN; 8 USC 1326 (a) ATTEMPTED REENTRY OF REMOVED ALIEN

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/27/17

JUDGE WILLIAM Q. HAYES